Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ROBERTO BAUTISTA FRANCO BACCANELLI, :
: 07 CV 3851 (TPG)
Plaintiff, :
:
-against- : **AFFIDAVIT**
: **OF SERVICE**
THE REPUBLIC OF ARGENTINA, :
:
Defendant. :
-------------------------------------------------------------------- x

STATE OF NEW YORK   )
                    ):ss:
COUNTY OF NEW YORK  )

ERIC PULSIPHER, being duly sworn, deposes and says:

I am over eighteen years of age, not a party to this lawsuit and reside in New York, New York. On November 16, 2007, I caused to be served by electronic delivery true copies of the foregoing Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and to Strike Defendant's Discovery Requests and Declaration of Regina M. Alter and Declaration of Plaintiff with annexed exhibits on:

Carmine D. Boccuzzi, Esq.
Cleary Gottlieb Steen & Hamilton
cboccuzzi@cgsh.com
*Attorneys for Defendants*

Eric Pulsipher

Sworn to before me this
16th day of November, 2007

Aseneth Wheeler-Russell
Notary Public

ASENETH WHEELER - RUSSELL
Notary Public, State of New York
No. 01WH6092028
Qualified in Kings County
Commission Expires May 12, 2011

{00294851.DOC;}