Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ROBERTO BAUTISTA FRANCO
BACCANELLI,

                Plaintiff,

      -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.
-------------------------------------------------------------- x

07 Civ. 3851 (TPG)

[PROPOSED] JUDGMENT

Plaintiff, having moved this Court for summary judgment, and pursuant to (i) the Honorable Thomas P. Griesa's Memorandum dated February 22, 2007 setting forth procedures for summary judgment through the cooperative efforts of both parties' counsel (the "Memorandum"), and (ii) a letter dated December 14, 2007 from counsel for The Republic of Argentina, stating that the Republic of Argentina will not oppose plaintiff's motion for summary judgment;

NOW, it is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover from defendant The Republic of Argentina ("Argentina") as follows:

1. With respect to Roberto Bautista Franco Baccanelli's bond in the principal amount of $341,000.00 (.8125 % Brady Bond due March 31, 2023, ISIN No. XS0043118172),

{00315676.DOC;}

Mr. Baccanelli shall recover from Argentina $411,766.54, which is comprised of: (i) $341,000.00 (representing the unpaid value of the principal on the bond); (ii) $38,112.67 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of .8125 %); (iii) $27,368.80 (representing the penalty interest over the principal, after acceleration, at a rate of 7.1875% and (iv) $5,285.07 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

    2.    With respect to Mr. Baccanelli's bond in the principal amount of $972,000.00 (6.00% Brady Bond due March 31, 2023, ISIN No. XS0043119147), Mr. Baccanelli shall recover from Argentina $1,344,290.21, which is comprised of: (i) $972,000.00 (representing the unpaid value of the principal on the bond); (ii) $245,106.00 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 6.00%); (iii) $ 75,222.00 (representing the penalty interest over the principal after acceleration, at a rate of 7%; and (iv) $51,962.21 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

It is further **ORDERED** that, until further notice from the Court, plaintiff must refrain from selling or otherwise transferring his beneficial interest in the bonds involved in this action without advising the Court in advance and obtaining the permission of the Court.

Dated: New York, New York
~~March 21, 2008~~
April 4, 2008

ENTER: /s/ Thomas P. Griesa
_____
United States District Judge

_____
Clerk of the Court

By:_____
    Deputy Clerk

{00315676.DOC;}3